1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, LORENZO BACA

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES GOVERNMENT,        ) CITATIONS NOS. P428707, P428708,
                                      ) P428709, P428710
11 |        Plaintiff,                )
                                      ) STIPULATION TO CONTINUE
12 |                                  ) UNTIL JULY 5, 2005
                                      )
13 | vs                               )
                                      )
14 |                                  )
                                      )
15 | LORENZO BACA                     )
                                      )
16 |        Defendant.                )
                                      )
17 |_____    )

18      IT IS HEREBY STIPULATED by and between the Defendant, LORENZO BACA, his

19 Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

20 ELIZABETH WALDOW, that the Status Conference in the in the above-captioned matter

21 currently scheduled for June 21, 2005, at 10:00 a.m. be continued until July 5, 2005 at 10:00

22 a.m.

23 Dated: June 16, 2005

24                                          By: _____
                                                 CAROL ANN MOSES
25                                               Attorney for Defendant
                                                 LORENZO BACA
26 Dated: __June 17__, 2005
                                            By: /S/ Elizabeth Waldow
27                                               _____
                                                 Elizabeth Waldow
                                                 Legal Officer for
28                                               United States Government
                                                 As authorized on 6/17/05

                                       1
        STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON

\*\*\* ORDER \*\*\*

The Court, having reviewed the above request for a Continuance of Status Conference until July 5, 2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference Hearing for Defendant, LORENZO BACA, shall be continued to July 5, 2005 at 10:00 a.m.

Dated: _____, 2005

By: /s/ William M. Wunderlich
WILLIAM M WUNDERLICH
United States Magistrate Judge