**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, LORENZO BACA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | CASE NO. 6:05-mj-00156-WMW |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | UNTIL JUNE 27, 2006 |
| vs | ) | |
| LORENZO BACA, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the Defendant, LORENZO BACA, his

Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

ELIZABETH WALDOW, that the Status Conference in the in the above-captioned matter

currently scheduled for June 13, 2006, at 10:00 a.m. be continued until June 27, 2006  at 10:00

a.m.

Dated:    June 12, 2006

By:_ /S/ Carol Ann Moses_____
CAROL ANN MOSES
Attorney for Defendant
LORENZO BACA

Dated:    June 12, 2006

By:  /S/ Elizabeth Waldow_____
Elizabeth Waldow
Legal Officer for
United States Government
As agreed on: June 12, 2006

1

1

2

3                                   * * * ORDER * * *

4          The Court, having reviewed the above request for a Continuance of Status Conference

5   until June 26, 2006 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

6          1.      The Status Conference Hearing for  Defendant, LORENZO BACA, shall be

7                  continued to June 27, 2006 at 10:00 a.m.

8                                   IT IS SO ORDERED.

9   **Dated:     June 13, 2006            /s/  William M. Wunderlich**
                 mmkd34UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON