1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant, LORENZO BACA

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE NO. 6:05-mj-00156-WMW |
| Plaintiff, ) | |
| ) | STIPULATION TO VACATE TRIAL DATE AND SET NEW TRIAL CONFIRMATION HEARING |
| vs ) | |
| ) | |
| LORENZO BACA, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the Defendant, LORENZO BACA, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the Trial in the in the above-captioned matter currently scheduled for April 4, 2007, at 10:00 a.m. be vacated and the matter be set for a new Trial Confirmation Hearing on April 17, 2007 at 10:00 a.m.

Dated:   April 2, 2007

                                                    By: /S/ Carol Ann Moses
                                                      CAROL ANN MOSES
                                                      Attorney for Defendant
                                                      LORENZO BACA

Dated:   April 2, 2007

                                                      By: /S/ Elizabeth Waldow
                                                      Elizabeth Waldow
                                                      Legal Officer for
                                                      United States Government

1                          * * * ORDER * * *

2      The Court, having reviewed the above request to Vacate Trial Date and set new Trial Confirmation Hearing for April 17, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

   1.   The Trial scheduled for Defendant, LORENZO BACA, shall be vacated and the matter be set for a new Trial Confirmation Hearing on April 17, 2007 at 10:00 a.m..

Dated: _____

By: _____
    WILLIAM M WUNDERLICH
    United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   April 2, 2007            /s/  William M. Wunderlich**
          mmkd34UNITED STATES MAGISTRATE JUDGE