**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant, LORENZO BACA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 6:05-mj-00156-WMW |
| ) | |
| Plaintiff, ) | ORDER |
| ) | TO RECOGNIZE RULE 43 WAIVER |
| vs. ) | OF DEFENDANT FOR FUTURE COURT APPEARANCES EXCEPT AT SENTENCING |
| LORENZO BACA, ) | |
| Defendant. ) | |

The Court having heard argument from counsel on November 16, 2007, regarding Defendant, LORENZO BACA'S, personal appearance at future court hearings, orders Mr. Baca's appearance waived at the court appearance scheduled for December 18, 2007. Defendant, LORENZO BACA shall be present for sentencing. The sentencing date shall be set on December 18, 2007.

**IT IS SO ORDERED:**

IT IS SO ORDERED.

**Dated:   December 17, 2007**          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE