# MEMORANDUM

DATE:   May 9, 2008

TO:   Judge Oliver W. Wanger

FROM:   Michelle Means Rooney, USDC-EDCA, Fresno
Electronic Court Recorder Operator

RE:   REQUEST FOR EXTENSION OF TIME
USA vs. BACA  1:08-CR-80 OWW

In connection with the above-referenced matter, please be advised that a briefing schedule was issued on March 21, 2008, and a transcript request was filed on April 15, 2008. Since the requested hearings were heard in the Eastern District of California, Yosemite division, there was some delay in obtaining these records, along with the number of cd's being requested which was quite extensive (22), additional time is needed to compile this record (the transcript request order has been FedEx'd as of today's date to the transcription service). In light of the aforementioned reasons, **I would respectfully request a thirty (30) day extension of time to June 8, 2008, in order to have the requested hearings transcribed.**

Thank you in advance for your consideration in this matter.

cc:   USDC case file
   Carolyn Phillips
   Mark McKeonIT          IS SO ORDERED.

**Dated:   May 14, 2008**          **/s/ Oliver W. Wanger**
emm0d6                 UNITED STATES DISTRICT JUDGE