Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Lorenzo Baca

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | NO. 1:08-CR-00080 OWW |
|  | Magistrate Case No. 6:05-mj-156-WNW-1 |
| *Plaintiff-Appellee*, | |
|  | APPELLANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF |
| v. | |
| LORENZO BACA, | |
| *Defendant-Appellant.* | |

GOOD CAUSE APPEARING,

IT IS THE ORDER OF THIS COURT THAT appellant Baca's unopposed request for an extension of time to file his opening brief is HEREBY GRANTED.

　　　Appellant's opening brief shall be filed July 1, 2008.

Dated: May 28, 2008　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　Hon. Oliver W. Wanger
　　　　　　　　　　　　　　　　United States District Court Judge

*Appellant's First Request for An Extension of Time to File Appellant's Opening Brief;  U.S. v. Baca, Case No. 1:08-CR-00080 OWW*