Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for Lorenzo Baca

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | NO. 1:08-CR-00080 OWW |
| | Magistrate Case No. 6:05-mj-156-WNW-1 |
| *Plaintiff-Appellee*, | |
| | AMENDED |
| v. | APPELLANT'S FIRST REQUEST FOR AN |
| | EXTENSION OF TIME TO FILE |
| LORENZO BACA, | APPELLANT'S OPENING BRIEF |
| *Defendant-Appellant.* | |

GOOD CAUSE APPEARING,

IT IS THE ORDER OF THIS COURT THAT appellant Baca's unopposed request for an extension of time to file his opening brief is HEREBY GRANTED.

   Appellant's opening brief shall be filed July 28, 2008.

```
Dated: June 4, 2008           /s/ OLIVER W. WANGER
                              Hon. Oliver W. Wanger
                              United States District Court Judge
```

*Appellant's First Request for An Extension of Time to File Appellant's Opening Brief; U.S. v. Baca, Case No. 1:08-CR-00080 OWW*

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  *Appellant's First Request for An Extension of Time to File Appellant's Opening Brief;  U.S. v. Baca, Case No. 1:08-CR-00080 OWW*

PDF created with pdfFactory trial version www.pdffactory.com