Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for Lorenzo Baca

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    *Plaintiff-Appellee*,<br><br>    v.<br><br>LORENZO BACA,<br><br>    *Defendant-Appellant*.<br>_____ | NO. 1:08-CR-00080 OWW<br>Magistrate Case No. 6:05-mj-156-WNW-1<br><br>APPELLANT'S THIRD REQUEST FOR AN EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF |

GOOD CAUSE APPEARING,

IT IS THE ORDER OF THIS COURT THAT appellant Baca's unopposed request for an extension of time to file his opening brief is HEREBY GRANTED.

    Appellant's opening brief shall be filed September 9, 2008.

Dated: August 27, 2008        /s/ OLIVER W. WANGER_____
                              Hon. Oliver W. Wanger
                              United States District Court Judge

*Appellant'sThird Request for An Extension of Time to File Appellant's Opening Brief; U.S. v. Baca, Case No. 1:08-CR-00080 OWW*

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   *Appellant'sThird Request for An Extension of Time to File Appellant's Opening Brief;  U.S. v. Baca, Case No. 1:08-CR-00080 OWW*

PDF created with pdfFactory trial version www.pdffactory.com