Carolyn D. Phillips # 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559) 248-9833

Attorney for defendant LORENZO BACA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>             Plaintiff-Appellee,     )<br>                                                     )<br>                                                     )<br>                                                     )<br>                                                     )<br>                                                     )<br>v.                                                  )<br>                                                     )<br>LORENZO BACA,                       )<br>                                                     )<br>_____  Defendant-Appellant.\_\_  ) | No. 1:08CR80 OWW<br>(6:05-mj-156 WMW)<br><br>ORDER<br>GRANTING DEFENDANT-<br>APPEALLNT'S APPLICATION<br>FOR STAY OF SENTENCE<br>PENDING APPEAL |

Upon consideration of defendant-appellant, LORENZO BACA's motion to stay the magistrate's order to present himself for post-conviction booking on before September 1, 2008 pending appeal, is GRANTED.

The magistrate's post-trial order and sentence that Mr. Baca present himself for post-conviction booking on or before September 1, 2008, is stayed pending appeal.

Dated: September 9, 2008                /s/ OLIVER W. WANGER\_\_\_\_\_
                                                              OLIVER W. WANGER
                                                              Judge of the United States District Court

*Order Granting Application for Stay of Sentence Pending Appeal, U.S. v. Baca, Case No. 1:08CR80 OWW*

1