McGREGOR W. SCOTT
United States Attorney
MARK J. MCKEON
Assistant U.S. Attorneys
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-cr-00080 OWW |
| ) | |
| Plaintiff-Appellee, ) | STIPULATION TO CONTINUE |
| ) | APPELLEE'S BRIEF; ORDER |
| ) | THEREON |
| v. ) | |
| ) | |
| LORENZO BACA, ) | |
| ) | |
| Defendant-Appellant. ) | |

    This is an appeal from a magistrate judge's decision in the Yosemite Magistrate's court. Appeals from this court to the District Court are normally handled by the U.S. Attorney's Office. However, the United States Attorney's office was never served with the electronic filings in this case, including the defendant's opening brief, nor was the office provided a copy of these filings or informed of their filings by the Yosemite Legal Office of the National Park Service, probably because at the time the brief was filed that office was undergoing a change of staffing.

    Counsel for defendant, who informed the U.S. Attorney's Office of the filing of the brief and the oral argument currently

1

set for November 17, 2008, is willing to continue the briefing on this matter and the oral argument to give the United States time to respond.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney for Plaintiff-Appellee and DOUGLAS J. BEEVERS, attorney for Defendant-Appellant, that the filing of Plaintiff-Appellee's brief, be continued to **December 19, 2008.** The Defendant-Appellant's optional reply brief shall be due by **January 9, 2008.** The oral argument on the motion shall be set on a date thereafter that is convenient to the court.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: November 12, 2008   By   /S/Mark J. McKeon
                                MARK J. McKEON
                                Assistant U. S. Attorney

Dated: November 12, 2008        /s/Carlyn D. Phillips
                                CAROLYN D. PHILLIPS
                                Attorney for Defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: November 14, 2008        /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                U.S. District Court Judge

2