```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. MCKEON
    Assistant U.S. Attorneys
 3  Federal Building
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   NO. 1:08-cr-00080 OWW
                                 )
12            Plaintiff-Appellee,)   STIPULATION TO CONTINUE
                                 )   APPELLEE'S BRIEF; ORDER
13                               )   THEREON
              v.                 )
14                               )
    LORENZO BACA,                )
15                               )
              Defendant-Appellant.)
16                               )
    _____)
17
```

18      The parties, by and through their respective counsel, hereby

19 agree that the briefing schedule in this case can be modified as

20 follows: The Plaintiff-Appellee's brief, presently due on December

21 19, 2008, shall be continued to **January 19, 2008.** The Defendant-

22 Appellant's optional reply brief, presently due on January 9,

23 2009, shall be due on shall be due by **February 9, 2009.** The oral

24 //

25 //

26 //

27 //

28 //

1

1  argument on the motion, presently set for February 9, 2009, shall
2  be set on a date thereafter that is convenient to the court.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated: December 19, 2008      By    /S/Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U. S. Attorney


Dated: December 19, 2008            /s/Carlyn D. Phillips
                                    CAROLYN D. PHILLIPS
                                    Attorney for Defendant

                                **ORDER**


    **IT IS SO ORDERED.**

    **Hearing on the Motion is set for March 9, 2009, at 1:30 PM.**

IT IS SO ORDERED.

**Dated:   December 19, 2008**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE