```
                                              FILED
                                            APR 1 5 2009
                                          CLERK, U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF CALIFORNIA
                                         BY_____
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES,        | 1:08-CR-00080-OWW            |
|                       |                              |
|           Plaintiff,  | ORDER RE ELECTRONIC          |
|                       | COMMUNICATION                |
|      v.               |                              |
|                       |                              |
| LORENZO BACA,         |                              |
|                       |                              |
|           Defendant.  |                              |

The district court received an e-mail communication from Magistrate Judge William M. Wunderlich transmitted April 15, 2009. Attached is a copy, marked Exhibit A, which is incorporated by this reference. No other response will be made to that communication.

This is a pending proceeding. The Federal Rules of Criminal Procedure, Code of Conduct for United States Judges[1], and all other applicable federal law must be followed.

SO ORDERED.

Dated: 4-15-09

Oliver W. Wanger
United States District Judge

---

[1] Section A(4) of Canon 3 of the Code of Conduct provides in part: "A judge should accord to every person who is legally interested in a proceeding, or the person's lawyer, full right to be heard according to law, and, except as authorized by law, neither initiate nor consider ex parte communications on the merits, or procedures affecting the merits, of a pending or impending proceeding."

1

| William M Wunderlich/CAED/09/USCOURTS | To | Oliver Wanger/CAED/09/USCOURTS@USCOURTS |
|---|---|---|
| 04/15/2009 10:19 AM | cc | |
| | bcc | |
| | Subject | U.S. v. Baca |

Dear Judge Wanger:

I send this e-mail with deep respect and at the suggestion of some of my colleagues.

There may be some factual discrepencies in the Baca opinion which I would like to call to your attention. If you are willing to entertain my comments, how would like like me to present them? Please let me know if you would like me phone you or send a letter or e-mail. I will be in Fresno for a doctor's appointment this afternoon, if my presence in town will facilitate any communication. Thank you. WMW

William M. Wunderlich
Magistrate Judge
U.S. District Court
Eastern District of California
Yosemite National Park Office

Exhibit A